IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL A. JACQUES and JEAN L. JACQUES,<br>        Plaintiffs,<br><br>  v.<br><br>HYATT CORPORATION and MEDICAL TECHNOLOGY, INC.,<br>        Defendants.<br>                                    / | No. C 11-05364 WHA<br><br>**ORDER DENYING REQUEST FOR JUDICIAL NOTICE** |

     Defendant Hyatt has submitted a request for judicial notice of its answer filed on October 4, 2011 (Dkt. No. 16). Defendant does not state the reason for its request. There is currently no motion pending in this action. The request for judicial notice is **DENIED**.

     **IT IS SO ORDERED.**

Dated: December 9, 2011.

                                                                  WILLIAM ALSUP<br>
                                                                  UNITED STATES DISTRICT JUDGE