David M. Woolfe (SBN 194318)
**Hannig Law Firm LLP**
2991 El Camino Real
Redwood City, California 94061-4003
Telephone: (650) 482-3040
Facsimile: (650) 482-2820

Attorneys for Plaintiffs
PAUL A. JACQUES and JEAN L. JACQUES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| | |
|---|---|
| PAUL A. JACQUES and JEAN L. JACQUES,<br><br>Plaintiffs,<br><br>vs.<br><br>HYATT CORPORATION, a Delaware corporation, dba MAUI HYATT RESORT, dba HYATT REGENCY MAUI RESORT & SPA; MEDICAL TECHNOLOGY, INC., a Texas corporation, dba BLEDSOE BRACE SYSTEMS; and DOES 1 to 125, inclusive,<br><br>Defendants. | Case No. C 11-05364 WHA<br><br>STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR OPPOSITIONS AND REPLIES RE MOTIONS BY HYATT CORPORATION 1) TO SEVER, AND<br>2) TO DISMISS OR TRANSFER VENUE<br><br>Date: July 26, 2012<br>Time: 8:00 a.m.<br>Courtroom: 8 |

Pursuant to Local Rule 6-2, the parties to the above-entitled action hereby stipulate to extend the time for all parties to file oppositions to defendant Hyatt Corporation's Motions to Sever and to Dismiss or Transfer Venue. The current opposition deadline is June 28, 2012. The parties stipulate to a new deadline of July 5, 2012 for all parties to file opposition papers. In addition, the parties agree to extend the time to file any and all reply papers to July 12, 2012.

Hannig Law Firm LLP
2991 El Camino Real
Redwood City, CA 94061
(650) 482-3040

{JACS:2321:DMW:H0147560.DOC.1 }
STIPULATION

- 1 -

Case No. C 11-05364 WHA

| | |
|---|---|
| Dated: June 27, 2012 | HANNIG LAW FIRM LLP<br><br>By: _/s/ David Woolfe_<br>DAVID M. WOOLFE<br>Attorneys for Plaintiffs<br>PAUL A. JACQUES and JEAN L. JACQUES |
| Dated: June 27, 2012 | LAW OFFICE OF BEVERLY E. NARAYAN<br><br>By: _/s/ Jill B. Nail_<br>Jill B. Nail<br>Attorneys for Defendant<br>HYATT CORPORATION dba<br>MAUI HYATT RESORT dba<br>HYATT REGENCY MAUI RESORT<br>AND SPA |
| Dated: June 27, 2012 | HASSARD BONNINGTON LLP<br><br>By: _/s/ Kendra Pappas_<br>Kendra Pappas<br>Attorneys for Defendant<br>MEDICAL TECHNOLOGY, INC. |

PURSUANT TO STIPULATION, IT IS SO ORDERED.

| | |
|---|---|
| Dated: June 28, 2012. | By: _/s/ William Alsup_<br>WILLIAM H. ALSUP<br>UNITED STATES DISTRICT JUDGE |

Hannig Law Firm LLP
2991 El Camino Real
Redwood City, CA
94061
(650) 482-3040

TITLE
{JACS:2321:DMW:H0147560.DOC.1}

- 2 -

Case No. C.11-05364 WHA