Peter W. Daniel (SBN 179107)
**Hannig Law Firm LLP**
2991 El Camino Real
Redwood City, California 94061-4003
Telephone: (650) 482-3040
Facsimile: (650) 482-2820

Attorneys for Plaintiffs
PAUL A. JACQUES and JEAN L. JACQUES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| PAUL A. JACQUES and JEAN L. JACQUES, <br><br> Plaintiffs, <br><br> vs. <br><br> HYATT CORPORATION, a Delaware corporation, dba MAUI HYATT RESORT, dba HYATT REGENCY MAUI RESORT & SPA; MEDICAL TECHNOLOGY, INC., a Texas corporation, dba BLEDSOE BRACE SYSTEMS; and DOES 1 to 125, inclusive, <br><br> Defendants. | Case No.  C 11-05364 WHA <br><br> **ORDER SUBSTITUTING IN PETER W. DANIEL AS ATTORNEY FOR PLAINTIFFS PAUL A. JACQUES AND JEAN L. JACQUES** |

The plaintiffs' Notice of Appearance; Notice of Change of Lead Attorney; and Request to Terminate David Woolfe from the Case having been filed and served on all other parties who have appeared, and the Court having considered the papers, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Peter W. Daniel is hereby substituted in as lead counsel for Plaintiffs in place and stead of David M. Woolfe.

Dated: December 19, 2012.  _____
WILLIAM  ALSUP
UNITED STATES DISTRICT JUDGE

Hannig Law Firm LLP
2991 El Camino Real
Redwood City, CA 94061
(650) 482-3040

{JACS:2321:AWK:H0155923.DOC.1 }
ORDER SUBSTITUTING IN PETER DANIEL
AS ATTORNEY FOR PLAINTIFFS         - 1 -         Case No. C 11-05364 WHA