1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

9

**NORTHERN DISTRICT OF CALIFORNIA**

10

**SAN FRANCISCO DIVISION**

11
12

PAUL A. JACQUES and JEAN L. JACQUES,

Case No. 11-cv-05364 NC

13

**ORDER RE: TRIAL DATE**

Plaintiffs,

14
15

v.

16

HYATT CORPORATION, a Delaware Corporation, dba MAUI HYATT RESORT, dba HYATT REGENCY MAUI RESORT & SPA; MEDICAL TECHNOLOGY, INC., a Texas Corporation, dba BLEDSOE BRACE SYSTEMS; and DOES 1 to 125, Inclusive,

17
18
19

Defendants.

20
21

The Court acknowledges and appreciates receiving notice from the parties that they

22

have settled this case.  But as it is unclear when the parties intend to file a stipulation of

23

dismissal, the Court will keep the trial on calendar pending the filing of such stipulation or

24

of a motion to continue or vacate the trial date.

25

IT IS SO ORDERED.

26

Date: October 15, 2013

_____

27

Nathanael M. Cousins
United States Magistrate Judge

28

Case No. 11-cv-05364 NC
ORDER RE: TRIAL DATE