# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| PAUL A. JACQUES and JEAN L. JACQUES,<br><br>Plaintiffs,<br><br>v.<br><br>HYATT CORPORATION, a Delaware Corporation, dba MAUI HYATT RESORT, dba HYATT REGENCY MAUI RESORT & SPA; MEDICAL TECHNOLOGY, INC., a Texas Corporation, dba BLEDSOE BRACE SYSTEMS; and DOES 1 to 125, Inclusive,<br><br>Defendants. | Case No. 11-cv-05364 NC<br><br>**ORDER RE: TRIAL DATE** |

The Court acknowledges and appreciates receiving notice from the parties that they have settled this case. But as it is unclear when the parties intend to file a stipulation of dismissal, the Court will keep the trial on calendar pending the filing of such stipulation or of a motion to continue or vacate the trial date.

IT IS SO ORDERED.

Date: October 15, 2013

_____
Nathanael M. Cousins
United States Magistrate Judge

Case No. 11-cv-05364 NC
ORDER RE: TRIAL DATE