Peter W. Daniel (SBN 179107)
**Hannig Law Firm LLP**
2991 El Camino Real
Redwood City, California 94061-4003
Telephone: (650) 482-3040
Facsimile: (650) 482-2820

Attorneys for Plaintiffs
PAUL A. JACQUES and JEAN L. JACQUES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| | |
|---|---|
| PAUL A. JACQUES and JEAN L. JACQUES,<br><br>Plaintiffs,<br><br>vs.<br><br>HYATT CORPORATION, a Delaware corporation, dba MAUI HYATT RESORT, dba HYATT REGENCY MAUI RESORT & SPA; MEDICAL TECHNOLOGY, INC., a Texas corporation, dba BLEDSOE BRACE SYSTEMS; and DOES 1 to 125, inclusive,<br><br>Defendants. | Case No.  C 11-05364 NC<br><br>STIPULATION AND ORDER OF SETTLEMENT AND DISMISSAL RE: PLAINTIFF PAUL JACQUES<br><br>Trial Date: October 21, 2013<br>Time: 8:00 a.m.<br>Courtroom: A – 15th Floor |

WHEREAS, the parties are interested in resolving the issues alleged in the complaint in this action, and have negotiated in good faith for that purpose; and

WHEREAS, none of the parties to the above-captioned action is an infant or incompetent person; and

WHEREAS, the parties in the above-captioned action wish to discontinue the litigation;

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel as follows:

1. The parties hereby agree that the above-captioned action is dismissed and discontinued

Hannig Law Firm LLP
2991 El Camino Real
Redwood City, CA 94061
(650) 482-3040

{JACS:2321:PWD:H0167822.DOC.2 }
STIPULATION FOR DISMISSAL PAUL JACQUES
- 1 -
Case No. C 11-05364 NC

with prejudice, as to the named defendant(s), pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

2. Any and all of the claims for damages by plaintiff PAUL JACQUES which are the subject of this action or otherwise arise out of any of the incidents alleged in the Complaint are hereby settled, as against the named defendant(s), for the sum of $6,250 in full satisfaction of all claims for damages, costs, disbursements and legal fees.

3. The check for payment of the sum stated in Paragraph #2, above, shall be drawn to the order of the plaintiff and mailed to his attorney's address.

4. In consideration of the payment of the sum stated in Paragraph #2, above, the plaintiff hereby releases each of the named defendant(s) in their individual and official capacities, and their heirs, executors, administrators and assigns, from any and all claims, liabilities and causes of action related to or arising out of any and all of the events set forth in the Complaint in the above-captioned action.

5. Nothing in this So Ordered Stipulation of Settlement shall be construed as an admission or concession of liability whatsoever by any of the defendants regarding any of the allegations made by the plaintiff in the Complaint.

6. Payment of the amount stated in Paragraph #2, above, will be made within thirty (30) days after the approval of this stipulation by the Court and receipt by defendant's counsel of a copy of the fully executed So Ordered Stipulation of Settlement as entered by the Court. In the event that the aforesaid payment is not made within the thirty (30) day period, interest shall accrue on the outstanding principal balance at the rate set forth in 28 U.S.C. § 1961 beginning on the thirty-first (31) day after receipt by defendant's counsel of a copy of the fully executed So Ordered Stipulation of Settlement.

7. Each undersigned attorney states specifically on behalf of their respective clients that they have specific authority to settle this matter at the above terms.

8. Plaintiff PAUL JACQUES hereby acknowledges and agrees that a settlement agreement and release is forthcoming from defendants and Plaintiff PAUL JACQUES will not unreasonably withhold approval of the document. Plaintiff PAUL JACQUES will agree to

Hannig Law Firm LLP
2991 El Camino Real
Redwood City, CA
94061
(650) 482-3040

STIPULATION FOR DISMISSAL: PAUL JACQUES     Case No. C 11-05364NC
{JACS:2321:PWD:H0167822.DOC.2 }    - 2 -

release the owner of the hotel, the tenant of the hotel and the operator of the hotel in addition to named defendant Hyatt Corporation, dba Hyatt Regency Maui Resort & Spa.

9. The parties are to bear their respective costs, including any possible attorney fees or other expenses of litigation.

10. This Stipulation of Settlement and any Order entered thereon shall have no precedential value or effect whatsoever and shall not be admissible in any other action or proceeding as evidence or for any other purpose except in an action or proceeding to enforce this Stipulation of Settlement.

11. This So Ordered Stipulation of Settlement embodies the entire agreement of the parties in this matter.

Respectfully submitted,

Dated: October 16, 2013

By: _____
Peter W. Daniel
**HANNIG LAW FIRM LLP**
2991 El Camino Real
Redwood City, California 94061
*Attorneys for Plaintiffs*

Dated: October 6, 2013

By: _____
Michael G. Descalso
**LAW OFFICE OF BEVERLY E. NARAYAN**
525 Market Street, Suite 2850
San Francisco CA 94105
*Attorneys for Defendant*
HYATT CORPORATION, dba MAUI HYATT RESORT, dba HYATT REGENCY MAUI RESORT

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: October 17, 2013

By: _____
NATHANAEL M. COUSINS
U.S. MAGISTRATE

GRANTED
Judge Nathanael M. Cousins
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Hannig Law Firm LLP
2991 El Camino Real
Redwood City, CA
94061
(650) 482-3040

STIPULATION FOR DISMISSAL: PAUL JACQUES
{JACS:2321:PWD:H0167822.DOC.2 }   - 3 -